IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Savannah Division

UNITED STATES OF AMERICA, )
)
) 4:21cr110
v. )
)
JOHN CALVIN YOUNG, JR., )
)
Defendant/Appellant. )

### ORDER

The appeal in the above-titled action having been dismissed for want of prosecution by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED this 8 day of October, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA